## ROBERT SLATER V. STATE.

No. 24663. February 15, 1950.

No attorney of record on appeal for appellant.

*George P. Blackburn,* State's Attorney, Austin, for the state.

DAVIDSON, Judge.

The offense is assault with intent to rape; the punishment, ninety-nine years in the penitentiary.

No bills of exception accompany the record.

The prosecutrix testified to a very aggravated case of assault with intent to rape, and positively identified the appellant as the perpetrator.

The jury in accepting her testimony was warranted in inflicting the penalty assessed.

The judgment is affirmed.

Opinion approved by the court.